**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARY KATHERINE HORTON JONES,**  **PLAINTIFF**
as Conservator of the Person and Estate
of Lynn Horton

**V.** **NO. 4:20-CV-95-DMB-RP**

**PHILLIP HORTON, et al.** **DEFENDANTS**

**ORDER OF RECUSAL**

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 11th day of August, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**